ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Received
MAR 23 2015
CLERK, U.S. DISTRICT COURT
By ______ Deputy

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

**Applicant,**

**vs.**

**CORINTHIAN COLLEGES, INC.,**

**Respondent.**

**Misc. Action No.: 4-15-MC007-A**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 23 2015
CLERK, U.S. DISTRICT COURT
By ______ Deputy

**AGREED ORDER COMPELLING COMPLIANCE WITH SECURITIES AND EXCHANGE COMMISSION'S ADMINISTRATIVE SUBPOENA**

CAME ON for consideration on this date the Securities and Exchange Commission's Unopposed Application for Order Compelling Compliance with Administrative Subpoena, and Brief in Support, and the Response to the Commission's Application filed by Corinthian Colleges, Inc. ("Corinthian"), and the Court, after considering the pleadings on file and the documents and evidence in the record, is of the opinion that the unopposed Application is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the Application by the Securities and Exchange Commission ("Commission") is hereby GRANTED, and that Respondent Corinthian Colleges, Inc. ("Corinthian") shall comply with the Commission's December 10, 2014, administrative subpoena previously served on Corinthian within 15 days from the date of this Order by providing the subpoenaed documents and information to the Commission's Fort Worth Regional Office, at 801 Cherry Street, Suite 1900, Fort Worth, Texas 76102, or some other location mutually acceptable to the Commission and Corinthian.

**IT IS FURTHER ORDERED** that Corinthian, its officers, directors, employees, agents, or attorneys are prohibited from disclosing to any person any information furnished in response to the subpoena.

**IT IS FURTHER ORDERED** that the Commission shall maintain the confidentiality of the Personally Identifiable Information and other information provided in response to the subpoena in accordance with the Commission's own regulations governing its non-public investigations.

~~**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for all purposes as is necessary and appropriate to ensure compliance with this Order.~~

~~Dated:~~ Signed 3/23/15

UNITED STATES DISTRICT JUDGE

Janie L. Frank
SECURITIES AND EXCHANGE COMMISSION
Fort Worth Regional Office
Burnet Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX 76102
Telephone: (817) 978-6478
Facsimile: (817) 978-4927
frankj@sec.gov

Toby M. Galloway
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
817-878-3501
817-878-9727
Toby.galloway@kellyhart.com